**Barry L. HARRIS, Plaintiff— Appellant,**

v.

**John ZIMMERMAN, Bailiff/Deputy; Vincent Givens, Lieutenant/Supervisor; Dwight Gay, Sergeant/Deputy, Defendants—Appellees.**

**No. 05–7687.**

United States Court of Appeals, Fourth Circuit.

Submitted Jan. 26, 2006.

Decided Feb. 3, 2006.

Barry L. Harris, Appellant Pro Se.

Before LUTTIG, WILLIAMS, and GREGORY, Circuit Judges.

PER CURIAM:

Barry L. Harris appeals the district court's order dismissing his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915A(b)(1) (2000), for failure to state a

claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See Harris v. Zimmerman,* No. CA–05–497–2 (E.D.Va. Oct. 5, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*